Continental Illinois National Bank and Trust Company, Appellee, v. Ella H. Tinkoff and Paysoff Tinkoff, Appellants.

Gen. No. 43,830.

248

opinion
filed January 6, 1947; released for publication January 20, 1947. Pay-
soff Tinkoff and Ella H. Tinkoff, *pro se;* Harold L. Reeve and Elmer M.
Leesman, for appellee. Opinion by JUSTICE NIEMEYER. **Not to be pub-
lished in full.**